```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        EASTERN DIVISION
```

**JONATHAN FULCHER**                                                                **PETITIONER**

**VS.**                                    **CIVIL ACTION NO. 4:03CV211-WHB-JCS**

**LAWRENCE GREER**                                                  **RESPONDENT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Opinion and Order which adopts the Report and Recommendation of Magistrate Judge, this case is hereby dismissed with prejudice.

SO ORDERED this the 2nd day of June, 2006.

                                                     s/ William H. Barbour, Jr.
                                                     UNITED STATES DISTRICT JUDGE

tct